JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON BIBBS, | Case No. CV 20-4222-JVS (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| UNITED STATES, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Action With Prejudice, IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: July 17, 2020

_____
HONORABLE JAMES V. SELNA
United States District Judge